**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LAVAR DEMORIS McBRIDE,

v.  Case No. 8:11-cv-1970-T-30AEP
  Criminal Case No. 8:10-cr-25-T-30AEP

UNITED STATES OF AMERICA.
_____/

**O R D E R**

On August 29, 2011, Lavar Demoris McBride's ("McBride") filed an unopposed motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (hereinafter "motion" or "motion to vacate") (Doc. cv-1; cr-69). The motion to vacate asserted that pursuant to *United States v. Rojas*, 645 F.3d 1234 (11th Cir. 2011), McBride was entitled to resentencing because the Court did not apply the provisions of the Fair Sentencing Act of 2010 ("FSA") at his December 16, 2010 sentencing. In *Rojas*, the Eleventh Circuit held that the FSA applies to all defendants sentenced for crack cocaine offenses on or after August 3, 2010. Therefore, both McBride and the Government agreed that pursuant to *Rojas*, McBride should be resentenced under the FSA.

On October 4, 2011, the Court granted McBride's unopposed motion to vacate, and reduced his sentence from 120 months imprisonment and 96 months supervised release, to 37 months imprisonment and 72 months supervised release (Doc. cv-4). In granting the motion, the Court concluded that pursuant to *Rojas*, McBride was sentenced in violation of the FSA (Id.).

Subsequent to the Court's entry of the order granting McBride's motion to vacate, the Eleventh Circuit vacated its opinion in *Rojas* on October 4, 2011, and will rehear *Rojas en banc*. *See United States v. Rojas*, No. 10-14662 (October 4, 2011). Therefore, *Rojas* is no longer good law. *Rojas* was the controlling law on which the present unopposed motion to vacate was based.

Accordingly, the Court **ORDERS** that:

1. The Court's October 4, 2011 Order granting McBride's motion to vacate (Doc. cv-4) and the corresponding judgment (Doc. cv-5) are **VACATED**.

2. The **Clerk** shall reopen this case.

3. This case is STAYED.

4. The **Clerk** is directed to administratively CLOSE this case. Within thirty (30) days of the date the Eleventh Circuit enters its *en banc* decision in *Rojas*, McBride shall file a motion to reopen this case and, if necessary, an amended § 2255 motion to vacate.

**DONE** and **ORDERED** in Tampa, Florida on October 6, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: Counsel of Record:
FPD: Rosemary Cakmis
AUSA: Walter E. Furr, III